Jeanine Zalduendo (SBN 243374)
William Odom (SBN 313428)
**ZWEIBACK, FISET & ZALDUENDO, LLP**
315 W. 9th Street, Suite 1200
Los Angeles, CA 90014
Telephone: (213) 266-5170
Email: *jeanine.zalduendo@zfzlaw.com*
Email: *william.odom@zfzlaw.com*

Attorneys for Plaintiff
X Corp.

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>YAO YUE, an individual; IOP SYSTEMS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:25-cv-10423<br><br>**PLAINTIFF X CORP.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1; CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP PURSUANT TO CIVIL LOCAL RULE 3-15** |

X CORP.'S CORPORATE DISCLOSURE STATEMENT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Civil Local Rule 3-15, Plaintiff X Corp. hereby states as follows:

### Fed R. Civ. P. 7.1

X Corp. is a privately held corporation.  X Corp. is wholly owned by X Holdings Corp.  In turn, X Holdings Corp. is wholly owned by X.AI Holdings Corp.  No publicly held corporation owns 10% of more of X Corp.'s, X Holdings Corp.'s, or X.AI Holdings Corp.'s stock.

### Civil Local Rule 3-15

Conflicts and Interested Entities and Persons

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

X Holdings Corp., parent of X Corp.

X.AI Holdings Corp., parent of X Holdings Corp.

Citizenship

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the citizenship of the following individuals or entities is attributed to the party submitting this certification:

| Individual/Entity | Citizenship of Individual/Entity |
| --- | --- |
| X Corp. | Nevada (state of incorporation); Texas (state of principal place of business) |

### Continuing Obligation

As of this date, there are no other interested parties to report.  X Corp. acknowledges its continuing obligation to promptly file a supplemental statement if any required information changes. Fed. R. Civ. P. 7.1(b)(2); Civil L.R. 3-15(a)(3).

1

X CORP.'S CORPORATE DISCLOSURE STATEMENT

DATED: December 4, 2025                    **ZWEIBACK, FISET & ZALDUENDO, LLP**

*Jeanine Zalduendo*

_____

Jeanine Zalduendo

X CORP.'S CORPORATE DISCLOSURE STATEMENT