**RFZ LAW LLP**
Jeanine Zalduendo (SBN 243374)
William Odom (SBN 313428)
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
Telephone: (213) 266-5170
Email: *jeanine.zalduendo@rfzllp.com*
Email: *william.odom@rfzllp.com*

Attorneys for Plaintiff X Corp.

[continued on next page]

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation, | Case No. 3:25-cv-10423-TLT |
| Plaintiff, | **JOINT STATUS REPORT REGARDING MEDIATION** |
| v. | |
| YAO YUE, an individual; IOP SYSTEMS, INC., a Delaware corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

**MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL LLP**
Sterling A. Brennan (SBN 126019)
Christina L. Trinh (SBN 307879)
100 Spectrum Center Drive, Suite 1200
Irvine, CA 92618
Telephone: (949) 202-1900
Email: *sbrennan@mabr.com*
Email: *ctrinh@mabr.com*

Jason A. Crotty (SBN 196036)
450 Sansome Street, Suite 1005
San Francisco, CA 94111
Telephone: (415) 738-6228
Email: *jcrotty@mabr.com*

Attorneys for Defendants Yao Yue
and IOP Systems, Inc.

i

JOINT STATUS REPORT REGARDING MEDIATION

Pursuant to Paragraph 7 of the Court's Case Management and Scheduling Order (ECF No. 26), Plaintiff X Corp. ("X Corp.") and Defendants Yao Yue and IOP Systems, Inc. (together, "Defendants"), by and through their undersigned attorneys, submit this Joint Status Report Regarding Name of Mediator and Schedule.

**Name of Mediator**:  The parties have agreed to select Hon. Andrew J. Guilford (Ret.) to serve as the mediator in this case via Judicate West.  Judge Guilford has accepted the appointment.

**Mediation Schedule**:  The mediation session is presently scheduled to occur on October 27, 2026.

DATED: April 23, 2026                    **RFZ LAW LLP**


s/ *William Odom*
_____
William Odom
Attorneys for Plaintiff X CORP.

DATED: April 23, 2026                    **MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL LLP**


s/ *Sterling Brennan*
_____
Sterling A. Brennan
Attorneys for Defendants YAO YUE and IOP SYSTEMS, INC.

**Local Rule 5-1(i)(3) Attestation**

I, William Odom, counsel of record for Plaintiff X Corp. in this case, hereby attest that each of the other signatories to this document concurred in the filing of this document.

DATED: April 23, 2026                    s/ *William Odom*
_____
William Odom

1
JOINT STATUS REPORT REGARDING MEDIATION

## PROOF OF SERVICE

I, William Odom, declare:

1.  I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.

2.  My business address is RFZ LAW LLP, 315 W. 9th Street, Suite 1200, Los Angeles, CA 90015.

3. On April 23, 2026, I served the document(s) described as **JOINT STATUS REPORT REGARDING MEDIATION** on the interested parties in this action as follows:

| | |
|---|---|
| **MASCHOFF BRENNAN GILMORE ISRAELSEN & MAURIEL LLP** <br> Sterling A. Brennan (SBN 126019) <br> Christina L. Trinh (SBN 307879) <br> 100 Spectrum Center Drive, Suite 1200 <br> Irvine, CA 92618 <br> Telephone: (949) 202-1900 <br> Email: *sbrennan@mabr.com* <br> Email: *ctrinh@mabr.com* <br><br> Jason A. Crotty (SBN 196036) <br> 450 Sansome Street, Suite 1005 <br> San Francisco, CA 94111 <br> Telephone: (415) 738-6228 <br> Email: *jcrotty@mabr.com* | Attorneys for Defendants <br> Yao Yue and IOP Systems, Inc. |

By E-Service (ECF): I submitted an electronic version of this document and exhibits, if any, via PDF to all parties via the Court's CM/ECF system.

[Federal] I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 23, 2026 at Los Angeles, California.

s/ *William Odom*

_____

William Odom

2

JOINT STATUS REPORT REGARDING MEDIATION